# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Robert Edward Williams                    Case No:     09-38064
                                                  Chapter 13

## AMENDED REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor Name and Address** | **Amount of Dividend** |
|---|---|
| Quantum Servicing Corporation<br>6302 E. Dr. Mlk Boulevard, Suite 300<br>Tampa, FL 33619 | $1113.90 |

Date:  10-19-11                                   /s/Carl M. Bates
                                                  Carl M. Bates
                                                  Chapter 13 Trustee